# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | | |
|---|---|---|
| ROCHESTER LABORERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | CIVIL ACTION NO. 10-1380-CDP |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | MOTION OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL |
| MONSANTO COMPANY, HUGH M. GRANT, TERRELL K. CREWS and CARL M. CASALE, | ) ) ) ) | |
| Defendants. | ) ) ) | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion of the International Union of Operating Engineers Pension Fund ("Operating Engineers") to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel, and the Declaration of Eric D. Holland, together with referenced exhibits, filed herewith, proposed Lead Plaintiff, the Operating Engineers, hereby moves this Court, the Honorable Catherine D. Perry, United States District for the Eastern District of Missouri, 111 S. 10th Street, St. Louis, Missouri for an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), (i) appointing the Operating Engineers as Lead Plaintiff for the proposed Class of Monsanto Company investors; and (ii) approving the Operating Engineers selection of Shepherd, Finkelman, Miller & Shah, LLP, as Lead Counsel for the proposed Class, and Holland, Groves, Schneller, Stolze, LLC, as Liaison Counsel.

Dated: September 27, 2010            Respectfully submitted,

 

HOLLAND, GROVES, SCHNELLER
& STOLZE, LLC

By: /s/ Eric D. Holland
Eric D. Holland (Missouri Bar No. 39935)
Gerard B. Schneller (Missouri Bar No. 38098)
300 N. Tucker, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
eholland@allfela.com
gschneller@allfela.com

James E. Miller
Patrick A. Klingman
Karen M. Leser-Grenon
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com
kleser@sfmslaw.com

James C. Shah
Eric L. Young
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com
eyoung@sfmslaw.com

*Attorneys for Movant, the International Union of Operating Engineers Pension Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010 I filed the foregoing Motion of The International Union of Operating Engineers pension Fund to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel, with the Clerk of the court using the court's CM/ECF System which will send notification of such filing to the following:

John M. Parisi
Lynn R. Johnson
Douglas R. Bradley
SHAMBERG, JOHNSON & BERGMAN, CHTD.
2600 Grand Boulevard, Suite 550
Kansas City, MO 64108

Brian O. O'Mara
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

Stephen H. Rovak
Justine N. Margolis
SONNENSCHEIN NATH & ROSENTHANL, LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102

Ben M. Germana
Eric M. Roth
Jonathan R. LaChapelle
WACHTELL & LIPTON
51 w. 52ND Street
New York, NY 10019-6188

and served via U.S. Mail, postage prepaid, upon the following:

David J. George
Stuart A. Davidson
James L. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747

                                                                                                   s/ Eric D. Holland
                                                                                                   Eric D. Holland (39935)