UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROCHESTER LABORERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br>         v.<br>MONSANTO COMPANY, HUGH M. GRANT, TERRELL K. CREWS and CARL M. CASALE,<br><br>                              Defendants. | CIVIL ACTION No. 10-1380-CDP |

**NOTICE OF MOTION AND MOTION OF THE ARKANSAS TEACHER RETIREMENT SYSTEM TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

The Arkansas Teacher Retirement System ("ATRS") will and hereby does move this Court on a date and at such time as may be designated by the Court at the United States Courthouse, 111 South 10th Street, Courtroom 14 South, St. Louis, Missouri 63102 for an order: (1) appointing ATRS Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (2) approving ATRS's choice of Kaplan Fox & Kilsheimer LLP as Lead Counsel.

This Motion is made on the grounds that ATRS believes that it is the most adequate plaintiff possessing claims arising out of the Securities Exchange Act of 1934. ATRS meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of class members' claims and it will fairly and adequately represent the class of persons that purchased Monsanto Company common stock between January 9, 2009 through May 27, 2010. Further, ATRS has selected and retained counsel experienced in securities class actions as its counsel.

The facts and law supporting this Motion are fully set forth in the accompanying Suggestions in Support of Motion of Law and the Declaration of Jeffrey P. Campisi, with supporting exhibits, dated September 27, 2010, submitted in Support of ATRS's Motion for: (1) Appointment of Lead Plaintiff; and (2) Approval of ATRS's Choice of Lead Counsel.

Dated: September 27, 2010                ARMSTRONG LAW FIRM LLC

                                         /s/ *Matthew Armstrong*
                                         Matthew Armstrong
                                         8816 Manchester Road, No. 109
                                         St. Louis MO 63144
                                         Telephone: (314) 258-0212

1

STUEVE SIEGEL HANSON LLP
Norman E. Siegel
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

*Local Counsel*

-and-

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Donald R. Hall
Hae Sung Nam
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY  10022
Tel: (212) 687-1980
Fax: (212) 687-7714

*Counsel for the Arkansas Teacher Retirement System and Proposed Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 27, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to counsel of record.

                                                      /s/ *Matthew Armstrong*
                                                      Matthew L. Armstrong