**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ROCHESTER LABORERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | CIVIL ACTION No. 10-1380-CDP |
| v. | |
| MONSANTO COMPANY, HUGH M. GRANT, TERRELL K. CREWS and CARL M. CASALE, | |
| Defendants. | |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF ARKANSAS TEACHER RETIREMENT SYSTEM FOR (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1. I am an attorney at the law firm of Kaplan Fox & Kilsheimer LLP. I am admitted to the bar of the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York and I am in good standing.

2. I respectfully submit this Declaration in Support of Arkansas Teacher Retirement System ("ATRS") motion for: (1) appointment as Lead Plaintiff; and (2) approval of Lead Plaintiff's choice of Lead Counsel.

3. Attached hereto are true copies of the following documents:

    A. Exhibit A, Certification of George Hopkins, Executive Directors of ATRS, dated September 24, 2010;

    B. Exhibit B, Chart setting forth transactions and estimated losses of ATRS for the applicable period;

    C. Exhibit C, May 27, 2010 Notice of Pendency of Class Action Lawsuit on behalf a class of purchasers of Monsanto Company common stock; and

    D. Exhibit D, Firm resume of Kaplan Fox & Kilsheimer LLP;

Dated: September 27, 2010

                          /s/ Jeffrey P. Campisi
                            Jeffrey P. Campisi