# Exhibit A

## CERTIFICATION

I, George Hopkins, as Executive Director of Arkansas Teacher Retirement System ("ATRS"), hereby declare that:

1. I am authorized to make a certification on behalf of ATRS.

2. I have reviewed a complaint filed in this action alleging violations of the securities laws and ATRS is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it. I have also reviewed the motion for lead plaintiff and supporting papers filed herewith.

3. ATRS did not purchase the securities that are the subject of this action at the direction of the plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. ATRS is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary. ATRS fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5. ATRS's transactions in Monsanto Company common stock during the proposed class period are set forth in Schedule A which is attached hereto.

6. ATRS has sought to serve and either was appointed or is waiting to be appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

- *In re Ambac Financial Group, Inc. Securities Litigation*, Case No. 08-cv-00411 (S.D.N.Y.)
- *In re Schering-Plough Corp./Enhance Securities Litigation*, No. 2:08-cv-00397-DMC-MF (D.N.J.)

1

- *In re Colonial Bancgroup, Inc. Securities Litigation*, No. 2:09-cv-00104-MHT-WC (M.D. Ala.)
- *In re MGM Mirage Securities Litigation*, No. 2:09-cv-01558-RCJ-LRL (D. Nev.)
- *Plichta v. Sunpower Corporation, et al.*, No. 3:09-cv-05473-RS (N.D. Cal.)
- *City of Monroe Employees' Retirement System v. The Hartford Financial Services Group, Inc., et al.*, No. 1:10-cv-02835-NRB (S.D.N.Y.)
- *Richman v. Goldman Sachs Group, Inc., et al.*, No. 1:10-cv-03461-PAC (S.D.N.Y.)

7. ATRS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws that have been settled during the three-year period preceding the date of this Certification:

- *Atlas, et al v. Accredited Home Lenders Holding Co., et al*, Case No. 07-cv-00488 (S.D. Cal.)

- *In re Openwave Systems Securities Litigation*, Case No. 07-cv-01309 (S.D.N.Y.)

- *In re SFBC International Inc. Securities & Derivative Litigation*, Case No. 06-cv-0165 (D.N.J.)

- *In re EVCI Career Colleges Holding Corp. Securities Litigation*, Case No. 05-cv-10240 (S.D.N.Y.)

8. ATRS will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

9. I declare under penalty of perjury that the foregoing is true and correct, executed on this 24th day of September, 2010.

_____
George Hopkins
Executive Director, ATRS

2

| TRANSACTION | TRADE DATE | QUANTITY | PRICE PER SHARE |
| --- | --- | --- | --- |
| BUY | 2/11/2009 | 21,500 | $80.0181 |
| BUY | 2/25/2009 | 50,500 | $76.5521 |
| BUY | 4/8/2009 | 1,400 | $78.5089 |
| BUY | 4/20/2009 | 1,500 | $78.6740 |
| BUY | 5/5/2009 | 1,400 | $88.8690 |
| BUY | 5/7/2009 | 1,500 | $86.4558 |
| BUY | 5/11/2009 | 400 | $85.9042 |
| BUY | 5/11/2009 | 1,000 | $86.0250 |
| BUY | 5/12/2009 | 100 | $88.5800 |
| BUY | 5/12/2009 | 600 | $88.3793 |
| BUY | 5/12/2009 | 700 | $87.3680 |
| BUY | 5/13/2009 | 800 | $91.5321 |
| BUY | 5/13/2009 | 500 | $90.9059 |
| BUY | 5/15/2009 | 1,200 | $89.4868 |
| BUY | 5/15/2009 | 100 | $90.0136 |
| BUY | 5/27/2009 | 4,900 | $80.7291 |
| BUY | 5/28/2009 | 2,300 | $80.5812 |
| BUY | 6/10/2009 | 86,800 | $84.9558 |
| BUY | 6/25/2009 | 900 | $73.9601 |
| BUY | 6/26/2009 | 18,900 | $75.8926 |
| BUY | 7/1/2009 | 600 | $73.9337 |
| BUY | 7/7/2009 | 1,600 | $72.7437 |
| BUY | 7/15/2009 | 40,100 | $74.7000 |
| BUY | 7/15/2009 | 19,100 | $76.4600 |
| BUY | 7/21/2009 | 2,000 | $80.9258 |
| BUY | 7/21/2009 | 2,600 | $80.9633 |
| BUY | 7/21/2009 | 1,300 | $81.0811 |
| BUY | 7/21/2009 | 2,500 | $80.8837 |
| BUY | 10/2/2009 | 1,100 | $74.8097 |
| BUY | 10/2/2009 | 1,800 | $75.2394 |
| BUY | 1/27/2010 | 20,200 | $77.4735 |
| BUY | 1/27/2010 | 500 | $77.5750 |
| BUY | 1/27/2010 | 10,500 | $77.4708 |
| BUY | 1/27/2010 | 7,500 | $77.4746 |
| BUY | 1/28/2010 | 11,600 | $77.3263 |
| BUY | 1/28/2010 | 2,100 | $77.4505 |
| BUY | 1/29/2010 | 6,700 | $77.4329 |
| BUY | 2/3/2010 | 5,900 | $77.4158 |
| BUY | 2/3/2010 | 2,500 | $78.2704 |

| | | | |
|---|---|---|---|
| BUY | 2/5/2010 | 3,900 | $76.4339 |
| BUY | 2/5/2010 | 100 | $77.4469 |
| BUY | 2/5/2010 | 5,900 | $76.1755 |
| BUY | 2/5/2010 | 400 | $76.5960 |
| BUY | 2/17/2010 | 8,500 | $78.0256 |
| BUY | 2/19/2010 | 10,500 | $77.6680 |
| BUY | 2/23/2010 | 1,200 | $76.8396 |
| BUY | 2/23/2010 | 900 | $76.8898 |
| BUY | 2/25/2010 | 2,100 | $72.9258 |
| BUY | 2/26/2010 | 4,200 | $71.0036 |
| BUY | 3/1/2010 | 2,000 | $70.4916 |
| BUY | 3/11/2010 | 3,100 | $70.8502 |
| BUY | 3/18/2010 | 1,400 | $72.6356 |
| BUY | 3/18/2010 | 24,200 | $72.6560 |
| BUY | 3/23/2010 | 7,500 | $72.5136 |
| BUY | 3/26/2010 | 4,100 | $71.5498 |
| BUY | 4/5/2010 | 1,700 | $70.6059 |
| BUY | 4/5/2010 | 1,100 | $70.5100 |
| BUY | 4/5/2010 | 300 | $70.5100 |
| BUY | 4/5/2010 | 400 | $70.5487 |
| BUY | 4/5/2010 | 7,600 | $70.6059 |
| BUY | 4/5/2010 | 1,900 | $70.5487 |
| BUY | 4/7/2010 | 4,200 | $67.7204 |
| BUY | 4/7/2010 | 2,200 | $68.4266 |
| BUY | 4/14/2010 | 2,100 | $67.6214 |
| BUY | 4/15/2010 | 500 | $65.9923 |
| BUY | 4/15/2010 | 300 | $66.1134 |
| BUY | 4/15/2010 | 4,800 | $66.0003 |
| BUY | 4/15/2010 | 5,100 | $66.3034 |
| BUY | 4/16/2010 | 1,000 | $64.6002 |
| BUY | 4/16/2010 | 3,200 | $64.7695 |
| BUY | 4/29/2010 | 2,600 | $62.9401 |
| BUY | 4/30/2010 | 2,000 | $62.6420 |
| BUY | 5/10/2010 | 5,200 | $59.7143 |
| BUY | 5/27/2010 | 2,400 | $48.7628 |
| SELL | 2/27/2009 | 16,070 | $77.5725 |
| SELL | 4/2/2009 | 4,230 | $81.9219 |
| SELL | 4/20/2009 | 18,000 | $78.1732 |
| SELL | 4/21/2009 | 12,960 | $79.2254 |
| SELL | 4/22/2009 | 14,364 | $79.6936 |
| SELL | 4/23/2009 | 26,676 | $78.4335 |
| SELL | 5/22/2009 | 2,600 | $86.7126 |

| | | | |
|---|---|---|---|
| SELL | 5/27/2009 | 2,600 | $79.9286 |
| SELL | 5/29/2009 | 1,600 | $80.1299 |
| SELL | 6/9/2009 | 1,200 | $85.2041 |
| SELL | 6/9/2009 | 400 | $85.0665 |
| SELL | 6/12/2009 | 400 | $86.5308 |
| SELL | 6/12/2009 | 1,100 | $86.0985 |
| SELL | 6/24/2009 | 7,200 | $76.6877 |
| SELL | 7/15/2009 | 40,100 | $74.7000 |
| SELL | 7/21/2009 | 16,400 | $80.0000 |
| SELL | 7/27/2009 | 42,800 | $84.0000 |
| SELL | 8/5/2009 | 4,200 | $83.5618 |
| SELL | 10/21/2009 | 800 | $74.4392 |
| SELL | 10/21/2009 | 7,500 | $75.2723 |
| SELL | 10/21/2009 | 5,000 | $75.2556 |
| SELL | 10/22/2009 | 12,700 | $75.1667 |
| SELL | 10/22/2009 | 4,200 | $75.3357 |
| SELL | 3/2/2010 | 4,300 | $72.2284 |
| SELL | 5/13/2010 | 200 | $56.1965 |
| SELL | 5/13/2010 | 400 | $55.9278 |
| SELL | 5/13/2010 | 4,500 | $55.4164 |
| SELL | 5/13/2010 | 28,600 | $55.5605 |
| SELL | 5/13/2010 | 500 | $56.0347 |
| SELL | 5/14/2010 | 15,000 | $54.4764 |
| SELL | 5/19/2010 | 14,100 | $55.1159 |
| SELL | 5/20/2010 | 1,000 | $55.3606 |
| SELL | 5/20/2010 | 2,500 | $54.7778 |