# Exhibit B

MONSANTO COMPANY period: 1/7/2009-5/27/2010 -- Estimated Losses for ARKANSAS TEACHER RETIREMENT SYSTEM

| SECURITY NAME | CUSIP | TRANSACTION | TRADE DATE | QUANTITY | PRICE PER SHARE | (COST) OR PROCEEDS | (ESTIMATED LOSSES) OR GAIN |
|---|---|---|---|---|---|---|---|
| **Pre-class period holdings and corresponding sales:** | | | | | | | |
| MONSANTO CO NEW COM | 61166W101 | HOLDINGS | as of 01/06/2009 | 39,000 | | | |
| | | | | *39,000* | | | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 2/27/2009 | 16,070 | $77.5725 | | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 4/2/2009 | 4,230 | $81.9219 | | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 4/20/2009 | 18,000 | $78.1732 | | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 4/21/2009 | 700 | $79.2254 | | |
| | | | | *39,000* | | | |
| **Class period purchases and losses analysis:** | | | | | | | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/11/2009 | 21,500 | $80.0181 | ($1,720,389.15) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/25/2009 | 50,500 | $76.5521 | ($3,865,881.05) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/8/2009 | 1,400 | $78.5089 | ($109,912.46) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/20/2009 | 1,500 | $78.6740 | ($118,011.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/5/2009 | 1,400 | $88.8690 | ($124,416.60) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/7/2009 | 1,500 | $86.4558 | ($129,683.70) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/11/2009 | 400 | $85.9042 | ($34,361.68) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/11/2009 | 1,000 | $86.0250 | ($86,025.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/12/2009 | 100 | $88.5800 | ($8,858.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/12/2009 | 600 | $88.3793 | ($53,027.58) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/12/2009 | 700 | $87.3680 | ($61,157.60) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/13/2009 | 800 | $91.5321 | ($73,225.68) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/13/2009 | 500 | $90.9059 | ($45,452.95) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/15/2009 | 1,200 | $89.4868 | ($107,384.16) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/15/2009 | 100 | $90.0136 | ($9,001.36) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/27/2009 | 4,900 | $80.7291 | ($395,572.59) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/28/2009 | 2,300 | $80.5812 | ($185,336.76) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 6/10/2009 | 86,800 | $84.9558 | ($7,374,163.44) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 6/25/2009 | 900 | $73.9601 | ($66,564.09) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 6/26/2009 | 18,900 | $75.8926 | ($1,434,370.14) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/1/2009 | 600 | $73.9337 | ($44,360.22) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/7/2009 | 1,600 | $72.7437 | ($116,389.92) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/15/2009 | 40,100 | $74.7000 | ($2,995,470.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/15/2009 | 19,100 | $76.4600 | ($1,460,386.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/21/2009 | 2,000 | $80.9258 | ($161,851.60) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/21/2009 | 2,600 | $80.9633 | ($210,504.58) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/21/2009 | 1,300 | $81.0811 | ($105,405.43) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 7/21/2009 | 2,500 | $80.8837 | ($202,209.25) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 10/2/2009 | 1,100 | $74.8097 | ($82,290.67) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 10/2/2009 | 1,800 | $75.2394 | ($135,430.92) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 1/27/2010 | 20,200 | $77.4735 | ($1,564,964.70) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 1/27/2010 | 500 | $77.5750 | ($38,787.50) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 1/27/2010 | 10,500 | $77.4708 | ($813,443.40) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 1/27/2010 | 7,500 | $77.4746 | ($581,059.50) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 1/28/2010 | 11,600 | $77.3263 | ($896,985.08) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 1/28/2010 | 2,100 | $77.4505 | ($162,646.05) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 1/29/2010 | 6,700 | $77.4329 | ($518,800.43) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/3/2010 | 5,900 | $77.4158 | ($456,753.22) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/3/2010 | 2,500 | $78.2704 | ($195,676.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/5/2010 | 3,900 | $76.4339 | ($298,092.21) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/5/2010 | 100 | $77.4469 | ($7,744.69) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/5/2010 | 5,900 | $76.1755 | ($449,435.45) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/5/2010 | 400 | $76.5960 | ($30,638.40) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/17/2010 | 8,500 | $78.0256 | ($663,217.60) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/19/2010 | 10,500 | $77.6680 | ($815,514.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/23/2010 | 1,200 | $76.8396 | ($92,207.52) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/23/2010 | 900 | $76.8898 | ($69,200.82) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/25/2010 | 2,100 | $72.9258 | ($153,144.18) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 2/26/2010 | 4,200 | $71.0036 | ($298,215.12) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 3/1/2010 | 2,000 | $70.4916 | ($140,983.20) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 3/11/2010 | 3,100 | $70.8502 | ($219,635.62) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 3/18/2010 | 1,400 | $72.6356 | ($101,689.84) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 3/18/2010 | 24,200 | $72.6560 | ($1,758,275.20) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 3/23/2010 | 7,500 | $72.5136 | ($543,852.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 3/26/2010 | 4,100 | $71.5498 | ($293,354.18) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/5/2010 | 1,700 | $70.6059 | ($120,030.03) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/5/2010 | 1,100 | $70.5100 | ($77,561.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/5/2010 | 300 | $70.5100 | ($21,153.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/5/2010 | 400 | $70.5487 | ($28,219.48) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/5/2010 | 7,600 | $70.6059 | ($536,604.84) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/5/2010 | 1,900 | $70.5487 | ($134,042.53) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/7/2010 | 4,200 | $67.7204 | ($284,425.68) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/7/2010 | 2,200 | $68.4266 | ($150,538.52) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/14/2010 | 2,100 | $67.6214 | ($142,004.94) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/15/2010 | 500 | $65.9923 | ($32,996.15) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/15/2010 | 300 | $66.1134 | ($19,834.02) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/15/2010 | 4,800 | $66.0003 | ($316,801.44) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/15/2010 | 5,100 | $66.3034 | ($338,147.34) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/16/2010 | 1,000 | $64.6002 | ($64,600.20) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/16/2010 | 3,200 | $64.7695 | ($207,262.40) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/29/2010 | 2,600 | $62.9401 | ($163,644.26) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 4/30/2010 | 2,000 | $62.6420 | ($125,284.00) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/10/2010 | 5,200 | $59.7143 | ($310,514.36) | |
| MONSANTO CO NEW COM | 61166W101 | BUY | 5/27/2010 | 2,400 | $48.7628 | ($117,030.72) | |
| | | | | *465,800* | | *($35,872,104.40)* | |

MONSANTO COMPANY period: 1/7/2009-5/27/2010 -- Estimated Losses for ARKANSAS TEACHER RETIREMENT SYSTEM

| SECURITY NAME | CUSIP | TRANSACTION | TRADE DATE | QUANTITY | PRICE PER SHARE | (COST) OR PROCEEDS | (ESTIMATED LOSSES) OR GAIN |
|---|---|---|---|---|---|---|---|
| MONSANTO CO NEW COM | 61166W101 | SELL | 4/21/2009 | 12,260 | $79.2254 | $971,303.40 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 4/22/2009 | 14,364 | $79.6936 | $1,144,718.87 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 4/23/2009 | 26,676 | $78.4335 | $2,092,292.05 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/22/2009 | 2,600 | $86.7126 | $225,452.76 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/27/2009 | 2,600 | $79.9286 | $207,814.36 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/29/2009 | 1,600 | $80.1299 | $128,207.84 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 6/9/2009 | 1,200 | $85.2041 | $102,244.92 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 6/9/2009 | 400 | $85.0665 | $34,026.60 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 6/12/2009 | 400 | $86.5308 | $34,612.32 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 6/12/2009 | 1,100 | $86.0985 | $94,708.35 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 6/24/2009 | 7,200 | $76.6877 | $552,151.44 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 7/15/2009 | 40,100 | $74.7000 | $2,995,470.00 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 7/21/2009 | 16,400 | $80.0000 | $1,312,000.00 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 7/27/2009 | 42,800 | $84.0000 | $3,595,200.00 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 8/5/2009 | 4,200 | $83.5618 | $350,959.56 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 10/21/2009 | 800 | $74.4392 | $59,551.36 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 10/21/2009 | 7,500 | $75.2723 | $564,542.25 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 10/21/2009 | 5,000 | $75.2556 | $376,278.00 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 10/22/2009 | 12,700 | $75.1667 | $954,617.09 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 10/22/2009 | 4,200 | $75.3357 | $316,409.94 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 3/2/2010 | 4,300 | $72.2284 | $310,582.12 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/13/2010 | 200 | $56.1965 | $11,239.30 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/13/2010 | 400 | $55.9278 | $22,371.12 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/13/2010 | 4,500 | $55.4164 | $249,373.80 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/13/2010 | 28,600 | $55.5605 | $1,589,030.30 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/13/2010 | 500 | $56.0347 | $28,017.35 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/14/2010 | 15,000 | $54.4764 | $817,146.00 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/19/2010 | 14,100 | $55.1159 | $777,134.19 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/20/2010 | 1,000 | $55.3606 | $55,360.60 | |
| MONSANTO CO NEW COM | 61166W101 | SELL | 5/20/2010 | 2,500 | $54.7778 | $136,944.50 | |
| MONSANTO CO NEW COM | 61166W101 | SELL** | 6/28/2010 | 24,300 | $49.8777 | $1,212,028.11 | |
| MONSANTO CO NEW COM | 61166W101 | SELL** | 6/28/2010 | 29,000 | $49.8777 | $1,446,453.30 | |
| MONSANTO CO NEW COM | 61166W101 | SELL** | 6/29/2010 | 26,000 | $49.7674 | $1,293,952.40 | |
| MONSANTO CO NEW COM | 61166W101 | SELL** | 8/12/2010 | 2,200 | $57.0363 | $125,479.86 | |
| MONSANTO CO NEW COM | 61166W101 | SELL** | 8/13/2010 | 4,600 | $57.2972 | $263,567.12 | |
| MONSANTO CO NEW COM | 61166W101 | SELL** | 8/18/2010 | 2,300 | $59.1581 | $136,063.63 | |
| MONSANTO CO NEW COM | 61166W101 | SELL** | 8/18/2010 | 4,400 | $59.0135 | $259,659.40 | |
| MONSANTO CO NEW COM | 61166W101 | RETAINED* | as of 8/24/2010 | 97,800 | $53.2760 | $5,210,392.80 | |
| | | | | 465,800 | | $30,057,357.01 | ($5,814,747.39) |
| ARKANSAS TEACHER RETIREMENT SYSTEM'S ESTIMATED LOSSES IN MONSANTO COMPANY | | | | | | | ($5,814,747.39) |

\* indicates average closing stock price from May 27, 2010 to August 24, 2010
\*\* indicates the higher of either the sale price on sale date or the average closing stock price from the end of the class period to sale date