UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROCHESTER LABORERS PENSION FUND, individually and on behalf of all others similarly situated, )
)
Plaintiff, )
)
vs. ) Case No. 4:10CV1380 CDP
)
MONSANTO COMPANY, et al., )
)
Defendants. )

**JUDGMENT**

In accordance with the Memorandum and Order issued the same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's second amended complaint is dismissed with prejudice.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2012.